UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOHN ARTHUR JOHNSON,

                    Petitioner,

  -against-

STATE OF NEW YORK,

                    Respondent.
-----------------------------------------------------------------X

JUDGMENT
12-CV- 3213 (RRM)

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ JUL 12 2012
BROOKLYN OFFICE

       A Memorandum and Order of Honorable Roslynn R. Mauskopf, United States District Judge, having been filed on July 11, 2012, dismissing the petition for a writ of habeas corpus; and ordering that no Certificate of Appealability shall be issued; it is

       ORDERED, ADJUDGED AND DECREED that the petition for a writ of habeas corpus; and that no Certificate of Appealability shall be issued.

Dated: Brooklyn, New York
       July 11, 2012

Douglas C. Palmer
Clerk of Court

Michele Gapinski
Chief Deputy for
Court Operations